# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| State of Louisiana and The Vermilion Parish School Board | Civil Action No. 04-2224 |
| Versus | Judge Tucker L. Melançon |
| Shell Oil Co., et al. | Magistrate Judge C. Michael Hill |

**ORDER**

Based on the mandate issued by the United States Court of Appeals for the Fifth Circuit on September 7, 2006,

IT IS ORDERED that the above captioned case is remanded from this Court to the Fifteenth Judicial District Court, Vermilion Parish, Louisiana.

IT IS FURTHER ORDERED that the Clerk of this Court mail a certified copy of this Order of Remand to the Clerk of Court for the Fifteenth Judicial District Court, Vermilion Parish, Louisiana.

Thus done and signed this 11th day of September, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE